UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN THE MATTER OF:

**Justin & Jenelle Edmonds**  CASE NO.: 11-35583
CHAPTER: 13
JUDGE: Opperman

Debtor(s)
_____/

# NOTICE OF WITHDRAWAL OF DEBTORS' OBJECTION TO TRUSTEE'S PROPOSED PLAN MODIFICATION

NOW COMES, **Justin and Jenelle Edmonds,** the Debtors herein, by and through their Counsel, Frego & Associates-The Bankruptcy Law Office, P.L.C., and states as follows:

Debtors hereby withdraw the **Objection to Trustee's Plan Modification**, filed on April 24, 2015, DOCKET #90.

Respectfully submitted,

Dated: April 24, 2015

/s/ Eric P. Mulka
Frego & Associates-
The Bankruptcy Law Office, P.L.C.
Eric P. Mulka P73665
Attorney for Debtor
23843 Joy Road
Dearborn Heights, MI 48127
(313) 724-5088
fregolaw@aol.com